IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES LAFAYETTE MCGEE, #L7157                                                PLAINTIFF

V.                                                                           CAUSE NO.1:15-cv-65-LG-RHW

ROBERT P. KREBS, ET AL.                                                       DEFENDANTS

ORDER

BEFORE THE COURT is *pro se* Plaintiff Charles Lafayette McGee's Complaint [1]. He is an inmate of the Mississippi Department of Corrections and brings this Section 1983 case alleging that his constitutional rights were violated. The Court, having considered and liberally construed the pleadings, is of the opinion that additional information is necessary to screen this case.

Accordingly, McGee shall respond in writing to the following:

(1) Describe exactly how Robert P. Krebs violated your constitutional rights and provide the date on which the alleged violation took place.

(2) Describe exactly how Wendy E. Borries violated your constitutional rights and provide the date on which the alleged violation took place.

(3) Describe exactly how Richard C. Conant violated your constitutional rights and provide the date on which the alleged violation took place.

(4) Describe exactly how Sherry Thornton violated your constitutional rights and provide the date on which the alleged violation took place.

(5) Describe exactly how Marshall Fisher violated your constitutional rights and provide the date on which the alleged violation took place.

(6) Describe exactly how Gia McLeod violated your constitutional rights and provide the

date on which the alleged violation took place.

(7) Describe exactly how Phillip Bryant violated your constitutional rights and provide the date on which the alleged violation took place.

(8) Describe exactly how Mississippi State Representatives violated your constitutional rights and provide the date on which the alleged violation took place.

(9) Describe exactly how James Hood violated your constitutional rights and provide the date on which the alleged violation took place.

(10) Describe exactly how Attorney General's Office violated your constitutional rights and provide the date on which the alleged violation took place.

(11) Describe exactly how the Board of Supervisors of Jackson County, Mississippi, violated your constitutional rights and provide the date on which the alleged violation took place.

(12) Describe exactly how Barry Cumbest violated your constitutional rights and provide the date on which the alleged violation took place.

(13) Describe exactly how Melton Harris Jr. violated your constitutional rights and provide the date on which the alleged violation took place.

(14) Describe exactly how Michael Magnum violated your constitutional rights and provide the date on which the alleged violation took place.

(15) Describe exactly how Troy Ross violated your constitutional rights and provide the date on which the alleged violation took place.

(16) Describe exactly how Johnathan McKay violated your constitutional rights and provide the date on which the alleged violation took place.

(17) Describe exactly how Keith Miller violated your constitutional rights and provide the date on which the alleged violation took place.

(18) Describe exactly how Owen Stokes violated your constitutional rights and provide the date on which the alleged violation took place.

(19) Describe exactly how the Newsroom Editor Mississippi Press Register violated your constitutional rights and provide the date on which the alleged violation took place.

(20) Describe exactly how Newsroom Editor The Sun Herald violated your constitutional rights and provide the date on which the alleged violation took place.

(21) Describe exactly how The Clarion Ledger Newsroom Editor violated your constitutional rights and provide the date on which the alleged violation took place.

(22) Describe exactly how Newsroom Editor WLOX 13 violated your constitutional rights and provide the date on which the alleged violation took place.

(23) Describe exactly how Newsroom Editor WXXV 25 violated your constitutional rights and provide the date on which the alleged violation took place.

(24) Describe exactly how Michael Byrd, Sheriff violated your constitutional rights and provide the date on which the alleged violation took place.

(25) Describe exactly how Major Allen, A.D.C. Administrator violated your constitutional rights and provide the date on which the alleged violation took place.

(26) Describe exactly how Big Bruce violated your constitutional rights and provide the date on which the alleged violation took place.

(27) Describe exactly how Big Country violated your constitutional rights and provide the date on which the alleged violation took place.

(28) Describe exactly how Chad Heck violated your constitutional rights and provide the date on which the alleged violation took place.

(29) Describe exactly how Angela Marie Halmi violated your constitutional rights and

provide the date on which the alleged violation took place.

(30) Describe exactly how Michael Halmi violated your constitutional rights and provide the date on which the alleged violation took place.

(31) If you claim any person not named herein violated allegedly violated any of your constitutional right(s), identify any such person, the right(s) allegedly violated and the date(s) on which the alleged violation(s) took place.

The response shall be filed with the Court no later than September 18, 2015.

IT IS THEREFORE ORDERED, that *pro se* Plaintiff Charles Lafayette McGee shall file a response consistent with this Order **no later than September 18, 2015**.

Failure to timely comply with any order of the Court may result in this case being dismissed.

**SO ORDERED**, this the 2nd day of September, 2015.

/s/  Robert H. Walker
UNITED STATES MAGISTRATE JUDGE